PROB 22  
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:05CR059 |
| DOCKET NUMBER *(Rec. Court)* | 05-10172 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Luis Molmenti, M.D.<br>60 Bartlett Road<br>Plymouth, MA 02360 | Maryland | Northern Division |
| | NAME OF SENTENCING JUDGE | |
| | Catherine C. Blake, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/21/2005   TO 4/20/2007 |

**OFFENSE**

Health Care Fraud; Aiding and Abetting

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/03/05  
Date

Catherine C. Blake  
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 7, 2005  
Effective Date

William G. Young  
United States District Judge